| Case No. | **CV 18-6770-DMG (JPRx)** | Date | August 17, 2018 |
|---|---|---|---|

| Title | *Francisco Pimentel v. State Farm General Insurance, et al.* | Page | 1 of 1 |
|---|---|---|---|

Present: The Honorable    DOLLY M. GEE, UNITED STATES DISTRICT JUDGE

| KANE TIEN | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| None Present | None Present |

**Proceedings: IN CHAMBERS - ORDER REMANDING THE ACTION TO LOS ANGELES COUNTY SUPERIOR COURT**

    On August 9, 2018, the Court ordered Defendant State Farm General Insurance Company to show cause why this action should not be remanded to Los Angeles County Superior Court. [Doc. # 8.] On August 16, 2018, Defendant filed a "Notice of Qualified Non-Opposition to Order to Show Cause[,]" stating that Defendant "will not dispute the remand of this action at this time." [Doc. # 9.] The Notice purports to "reserve[] the right to remove the case at a later time" if "further information become[s] available or additional facts become known in discovery after remand to State Court . . . ." *See id.* at 2. Accordingly, the Court **REMANDS** this action to Los Angeles Superior Court. The Court expresses no opinion on whether and, under what circumstances, Defendant may file a successive notice of removal. All scheduled dates and deadlines are VACATED.

**IT IS SO ORDERED.**